AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
MAR 14 2012
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| United States of America <br> v. <br> David Jason Jenkins <br> *Defendant* | ) <br> ) <br> ) Case No. 12-mj-6019-HAI <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __04/04/2011__ in the county of __Harlan__ in the __Eastern__ District of __Kentucky__, the defendant violated __18__ U. S. C. § __1201(a)(1)__ , & 2 an offense described as follows:

aided and abetted by others, did willfully and unlawfully kidnap, abduct, seize, confine, inveigle, decoy, and carry away, Kevin Pennington, and hold him for the purpose of assault, and did use an instrumentality of interstate commerce, to wit; a vehicle and an interstate road, in committing the offense, all in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Anthony M. Sankey, Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/13/2012__

*Judge's signature*

City and state: __London, Kentucky__    Hanly A. Ingram, Magistrate Judge
*Printed name and title*